# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Fissinger-Figueroa v. PeopleConnect, Inc., et al

Case Number: 1:22-cv-04184

An appearance is hereby filed by the undersigned as attorney for:
PeopleConnect, Inc., The Control Group Media Company, LLC, TruthFinder, LLC, Intelius LLC

Attorney name (type or print): Clifford W. Berlow

Firm: Jenner & Block LLP

Street address: 353 N. Clark Street

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6292383
(See item 3 in instructions)

Telephone Number: (312) 840-7366

Email Address: CBerlow@jenner.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 27, 2022

Attorney signature: S/ Clifford W. Berlow
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015