## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Alessandra Fissinger–Figueroa

                              Plaintiff,

v.                                            Case No.: 1:22–cv–04184
                                                  Honorable Sara L. Ellis

PEOPLECONNECT, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 28, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation of dismissal [32], this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This dismissal has no effect on the claims of any absent, putative class members. The Parties shall bear their own attorneys' fees and costs. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.